IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MERCK EPROVA AG | ) |
| | ) JUDGE KARAS |
| Plaintiff, | ) 07 CIV 5898 |
| -v.- | ) |
| | ) |
| GNOSIS S.P.A. | ) CORPORATE DISCLOSURE |
| and | ) STATEMENT |
| | ) |
| GNOSIS BIORESEARCH S.A. | ) RECEIVED |
| | ) JUN 21 2007 |
| Defendant. | ) U.S.D.C. S.D.N.Y. CASHIERS |

Pursuant to *Federal Rule of Civil Procedure 7.1*, the undersigned counsel for Plaintiff Merck Eprova AG certifies that to the best of its knowledge:

1. Merck Eprova AG is a subsidiary of Merck KGaA.

2. No publicly held corporation other than Merck KGaA currently holds more than 10% of the voting securities of Merck Eprova AG.

Date: June 21, 2007

Respectfully Submitted,
Alston & Bird, LLP

By: _____
Robert E. Hanlon (RH 8794)
Thomas J. Parker (TP 7219)
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
(212) 210-9529 (Phone)
(212) 210-9444 (Facsimile)
Thomas.Parker@alston.com