UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*USDS SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 12/13/07*

---

MERCK EPROVA AG

                **Plaintiff,**

-v.-

GNOSIS S.P.A.

and

GNOSIS BIORESEARCH S.A.

                **Defendants.**

1:07 CV 5898 (RJS)

## ORDER APPOINTING INTERNATIONAL PROCESS SERVER

Pursuant to the Hague Convention on the service abroad of judicial and extra judicial documents in civil and commercial matters and for good cause shown, the Court hereby appoints **Rick Hamilton** as the authority and judicial officer competent under the Jurisdiction of this Court to forward to the appropriate judicial authorities in Switzerland any and all documents to be served in this cause of action.

IT IS SO ORDERED this 13th day of December 2007.

_____
HON. RICHARD J. SULLIVAN, USDJ

(SEAL OF THE COURT)