# United States District Court

_Southern_ DISTRICT OF _New York_

MERCK EPROVA AG

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 1:07 CV 5898 (RJS)

GNOSIS S.P.A.
AND
GNOSIS BIORESEARCH S.A.

TO: (Name and address of defendant)

GNOSIS S.P.A.
VIA LAVORATORI AUTOBIANCHI 1
20033 DESIO (MI) ITALY

GNOSIS BIORESEARCH SA
VIA LISCHEDI,
CH-6592
SAN ANTONINO, SWITZERLAND

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT E. HANLON
THOMAS J. PARKER
ALSTON & BIRD LLP
90 PARK AVENUE
NEW YORK, NEW YORK 10016

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_Marcos Quintero_

(BY) DEPUTY CLERK

DATE: OCT 22 2007