LITTLETON JOYCE
UGHETTA PARK & KELLY LLP
1 Manhattanville Road, Suite 302
Purchase, New York  10577
Tel: (914) 417-3400
Fax: (914) 417-3401
Attn:   Bryon L. Friedman, Esq. (BF-5752)
         Email: Bryon.Friedman@LittletonJoyce.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

| | | |
|---|---|---|
| MERCK EPROVA AG, | : | Case no. 07 Civ. 5898 (RJS) |
| | : | |
| Plaintiff, | : | **NOTICE OF MOTION** |
| | : | **UNDER FED. R. CIV. P.** |
| -against- | : | **12(B)(2) TO DISMISS FOR** |
| | : | **LACK OF JURISDICTION** |
| GNOSIS S.P.A. and GNOSIS BIORESEARCH S.A., | : | |
| | : | |
| Defendants. | : | |

-------------------------------------------------------------------------- x

PLEASE TAKE NOTICE that, upon the annexed Declaration of Bryon L. Friedman, dated February 1, 2008, together with the exhibits annexed thereto, the annexed affidavit of Renzo Berna, and the accompanying Defendants' Memorandum of Law in Support of Motion under Fed. R. Civ. P. 12(b)(2) to Dismiss the First Amended Complaint for Lack of Personal Jurisdiction dated February 1, 2008, and upon all prior pleadings and proceedings had herein, the Defendants Gnosis S.p.A. and Gnosis Bioresearch S.A., will move this Court on the 21st day of March, 2008, before the Honorable Richard J. Sullivan, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 21C, New York, New York 10007, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(2) dismissing the plaintiff's first amended

2011597

complaint for lack of *in personam* jurisdiction, and awarding such other and further relief that the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to section 2(E) of the Individual Practices of Hon. Richard J. Sullivan, oral argument, if any, will be on a date and time designated by the Court.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order of this Court, answering papers shall be served on or before February 29, 2008, and reply papers shall be served on or before March 21, 2008.

Dated: Purchase, New York
       February 1, 2008

                                                      Yours, etc.,

                                                      LITTLETON JOYCE
                                                      UGHETTA PARK & KELLY LLP

                                                      By: _____/s/_____
                                                          Bryon L. Friedman (BF 5752)
                                                     1 Manhattanville Road, Suite 302
                                                     Purchase, New York  10577
                                                     (914) 417-3400
                                                     File no. 00080.00001

                                                     *Attorneys for Defendants*

TO:

ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Attn: Robert E. Hanlon, Esq.

- 3 -

## CERTIFICATE OF SERVICE

I, BRYON L. FRIEDMAN, an attorney duly admitted to practice law before this court, declares as follows under the penalties of perjury:

On February 1, 2008, I caused the annexed NOTICE OF MOTION UNDER FED. R. CIV. P. 12(B)(2) TO DISMISS FOR LACK OF JURISDICTION, together with the annexed exhibits including AFFIDAVIT OF RENZO BERNA and DECLARATION OF BRYON L. FRIEDMAN, to be served by Federal Express upon:

> ALSTON & BIRD LLP
> 90 Park Avenue
> New York, NY 10016
> Attn: Robert E. Hanlon, Esq.

Dated: Purchase, New York
       February 1, 2008

/s/
Bryon L. Friedman, Esq.

- 3 -