LITTLETON JOYCE
UGHETTA PARK & KELLY LLP
1 Manhattanville Road, Suite 302
Purchase, New York  10577
Tel: (914) 417-3400
Fax: (914) 417-3401
Attn:   Bryon L. Friedman, Esq. (BF-5752)
        Email Bryon.Friedman@LittletonJoyce.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

| | |
|---|---|
| MERCK EPROVA AG, | : Case no. 07 Civ. 5898 (RJS) |
| Plaintiff, | : DEFENDANTS' STATEMENT PURSUANT |
| -against- | : TO FRCP 7.1 |
| GNOSIS S.P.A. and GNOSIS BIORESEARCH S.A., | : |
| Defendants. | : |

-------------------------------------------------------------------------- x

In accordance with Fed. R. Civ. P. 7.1, the undersigned counsel for the defendants certifies as follows:

1. The defendant GNOSIS S.P.A. has no corporate parent. No shareholder of the defendant GNOSIS S.P.A. is a publicly held corporation that holds 10% or more of the stock of the defendant GNOSIS S.P.A.

2. The defendant GNOSIS BIORESEARCH S.A., is a wholly-owned subsidiary of the defendant GNOSIS S.P.A.

Dated: Purchase, New York
       February 1, 2008

2009265

- 2 -

Yours, etc.,

LITTLETON JOYCE
UGHETTA PARK & KELLY LLP
Attorneys for Defendants

By:  /s/
       Bryon L. Friedman, Esq. (BF-5752)
1 Manhattanville Road, Suite 302
Purchase, New York  10577
(914) 417-3400
File no. 00080.00001
Fax: (914) 417-3401
Email Bryon.Friedman@LittletonJoyce.com

TO:

ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Attn: Robert E. Hanlon, Esq.

- 3 -

## CERTIFICATE OF SERVICE

I, BRYON L. FRIEDMAN, an attorney duly admitted to practice law before this court, declares as follows under the penalties of perjury:

On February 1, 2008, I caused the annexed DEFENDANTS' STATEMENT PURSUANT TO FRCP 7.1 to be served by Federal Express upon:

>ALSTON & BIRD LLP
>90 Park Avenue
>New York, NY 10016
>Attn: Robert E. Hanlon, Esq.

Dated: Purchase, New York
February 1, 2008

/s/
Bryon L. Friedman, Esq.