SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERCK EPROVA AG,    Plaintiff,

- against -

GNOSIS S.P.A. et ano    Defendant.

7 cv 5898 (RJS)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, BRYON L. FRIEDMAN a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: WILLIAM D. CHAPMAN
Firm Name: Smith, Chapman & Campbell
Address: 1800 North Broadway, Suite 200
City/State/Zip: Santa Ana, California 92706
Phone Number: (714) 550-7720
Fax Number: (714) 550-1251

WILLIAM D. CHAPMAN is a member in good standing of the Bar of the States of California

There are no pending disciplinary proceeding against WILLIAM D. CHAPMAN in any State or Federal court.

Dated: 2/8/2008
City, State: Purchase, New York

Respectfully submitted,

Sponsor's
SDNY Bar   Bryon L. Friedman (BF5752)
Firm Name: Littleton Joyce Ughetta Park & Kelly LLP
Address:   One Manhattanville Road, Suite 302
City/State/Zip: Purchase, New York 10577
Phone Number: (914) 417-3400
Fax Number: (914) 417-3401

SDNY Form Web 10/2006

LITTLETON JOYCE
UGHETTA PARK & KELLY LLP
1 Manhattanville Road, Suite 302
Purchase, New York 10577
Tel: (914) 417-3400
Fax: (914) 417-3401
Attn: Bryon L. Friedman, Esq. (BF-5752)
   Email: Bryon.Friedman@LittletonJoyce.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
MERCK EPROVA AG,                                                     :   Case no. 07 Civ. 5898 (RJS)
                                                                     :
                           Plaintiff,                                :
                                                                     :
           -against-                                                 :
                                                                     :
GNOSIS S.P.A. and GNOSIS BIORESEARCH S.A.,                           :
                                                                     :
                           Defendants.                               :
-------------------------------------------------------------------- x

# Declaration in Support of Application to Admit
# WILLIAM D. CHAPMAN Pro Hac Vice

BRYON L. FRIEDMAN, an attorney duly admitted to practice law before this Court, declares the following under the penalties of perjury:

1. I am a member of the firm LITTLETON JOYCE UGHETTA PARK & KELLY LLP, attorneys for the defendants in this action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs motion to admit WILLIAM D. CHAPMAN as counsel *pro hac vice* to represent the defendants in this matter.

2012040

- 2 -

2. I am a member in good standing of the bar of the (\State of New York, and was admitted to practice law on July 15, 1987. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known William D. Chapman since 2007, and I have been working with his firm since 2006.

4. Mr. Chapman is a member of Smith, Chapman & Campbell, in Santa Ana, California.

5. I I have found Mr. Chapman to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of WILLIAM D. CHAPMAN, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of WILLIAM D. CHAPMAN, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit WILLIAM D. CHAPMAN, *pro hac vice*, to represent the defendants in the above captioned matter, be granted.

Dated: Purchase, New York
       February 8, 2008

/s/
_____
Bryon L. Friedman (BF 5752)

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

February 1, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, WILLIAM DONALD CHAPMAN, #100535 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 1981; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; that the public record states that information has been provided pursuant to Business and Professions Code section 6086.1(c); and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

J. Robert McPhail
Custodian of Membership Records

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERCK EPROVA AG,  Plaintiff,

7  cv  5898  (RJS)

- against -

GNOSIS S.P.A. et ano   Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of  Bryon L. Friedman   attorney for   Defendants

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | WILLIAM D. CHAPMAN |
| Firm Name: | Smith, Chapman & Campbell |
| Address: | 1800 North Broadway, Suite 200 |
| City/State/Zip: | Santa Ana, California  92706 |
| Telephone/Fax: | (714) 550-7720 |
| Email Address: | (714) 550-1251 |

is admitted to practice pro hac vice as counsel for   Defendants   in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $           SDNY RECEIPT#
SDNY Form Web 10/2006

- 3 -

## CERTIFICATE OF SERVICE

I, BRYON L. FRIEDMAN, an attorney duly admitted to practice law before this court, declares as follows under the penalties of perjury:

On February 8, 2008, I caused the annexed MOTION TO ADMIT WILLIAM D. CHAPMAN PRO HAC VICE, to be served by Federal Express upon:

> ALSTON & BIRD LLP
> 90 Park Avenue
> New York, NY 10016
> Attn: Robert E. Hanlon, Esq.

Dated: Purchase, New York
February 8, 2008

/s/
———————————————
Bryon L. Friedman, Esq.