UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MERCK EPROVA AG**<br><br>　　　　　　　　　　　Plaintiff,<br><br>-v.-<br><br>**GNOSIS S.P.A.**<br><br>and<br><br>**GNOSIS BIORESEARCH S.A.**<br><br>　　　　　　　　　　　Defendants. | Case No. 07 Civ. 5898 (RJS) |

### DECLARATION OF VICTORIA E. FORD

I, Victoria E. Ford, declare as follows:

1.　　I am an attorney in the New York Office of Alston & Bird LLP. I have personal knowledge of the facts and circumstances discussed herein. I submit this declaration in support of Plaintiff Merck Eprova AG's Opposition to Defendants' Motion under Fed. R. Civ. P. 12(b)(2) to Dismiss the First Amended Complaint for Lack of Personal Jurisdiction.

2.　　A true and correct copy of a portion of Gnosis' website (http://www.gnosis-bio.com/gnosis_s.p.a/index1.html) is attached hereto as Exhibit A.

3.　　A true and correct copy of a European Comprehensive Report for Gnosis S.p.A., performed by Dun & Bradstreet, is attached hereto as Exhibit B.

4.　　A true and correct copy of Gnosis' label for the product-at-issue in this litigation is attached hereto as Exhibit C.

5.　　A true and correct copy of portions of AHD International LLC's website (http://www.ahdintl.com/) is attached hereto as Exhibit D.

- 2 -

6.    A true and correct copy of the U.S. Census Bureau's 2007 Population Estimates is attached hereto as Exhibit E.

7.    A true and accurate copy of a receipt dated July 13, 2007 for ProThera, Inc. products allegedly containing L-5-MTHF, wherein the products were shipped to Ms. Natalie Clayton in New York, New York, is attached hereto as Exhibit F.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: February 29. 2008
New York, NY

*Victoria E. Ford*
Victoria E. Ford