# EXHIBIT A

Case 1:07-cv-05898-RJS   Document 13-2   Filed 02/29/2008   Page 1 of 2

Case 1:07-cv-05898-RJS    Document 13-2    Filed 02/29/2008    Page 2 of 2



Italy-based, world reach: Gnosis S.p.A. counts on a series of agents worldwide to ensure accurate customer-oriented service. Gnosis range of SAMe products, for example, ranks first on the American, Korean, Australian markets.
**Contact us to find out our agent in your area!**