# EXHIBIT B



My Report Archive                                        ✉ E-mail Report

# European Comprehensive Report: Gnosis SPA

**Valuable Report Options**

**D&B Country Risk Services**
Economic data & analysis on country risk                          C

**Continuous Monitoring**
Automatically track changes to this business

```
         COPYRIGHT 2007 DUN & BRADSTREET INC. - PROVIDED UNDER CONTRACT
              FOR THE EXCLUSIVE USE OF SUBSCRIBER 264-761384L.

                  ATTN: 052750/Parker
  IN DATE

  D&B EUROPEAN COMPREHENSIVE
  DATE PRINTED 26 FEB 2007

      IDENTIFICATION

                   D-U-N-S       44-398-7755

      Business Name                    GNOSIS SPA

      Business Trading Address         VIA 3  STRADA DI VIALE AUTOBIANCHI
                                       C/O P.T.B.
                                       20033 DESIO (MI)
                                       IT
                    Telephone          036248841
      Fiscal Code                      10197170151
      VAT Number                       02484720129
      CCIAA                            MI 1737208

      D&B RISK ASSESSMENT

                   D&B Rating          3A 1
             D&B Failure Score         92
             Days Beyond Terms         0
             D&B Payment Score         80
                Maximum Credit         227,241   Euro

      D&B Rating explanation
                Capital Rating         3A        A Financial Strength of
                                                 14,356 (THOUSANDS) Euro
                                                 (based on Net Worth)
                Risk Indicator         1         Represents minimal risk

      D&B Score Explanation
                D&B Failure Score      92        % of businesses on the
                                                 Italian database which have
```

the same or higher risk of failure, compared to this business, within the next twelve months.

This score is derived using advanced statistical models and D&B data. 1 represents the highest risk and 100 the lowest.

Decisive criteria that influenced the risk evaluation for this company are:

- Subject is an established business.
- The analysis made on the last 12 months show that the trend of payments is regular.
- The analysis of the payment experiences, related to the last month, point out that the obligations assumed by the company are settled within the agreed terms.
- The analysis made point out that the net worth results to be suitable in comparison to the total indebtedness.

LANGUAGE: In certain circumstances information in this report may be quoted in the local language. In case of difficulty, please contact your D&B local Customer Service Department.

D&B RATING & SCORE - INDUSTRY SECTOR COMPARISON

Financial Strength Indicator Comparison:

Comparing this business against the 3,335 other businesses within its industry with a known financial strength

| | | |
|---|---|---|
| 39 | 1.2% | Higher |
| 39 | 1.2% | Same |
| 3,257 | 97.7% | Lower |

This analysis does not take businesses into account which are newly established or already out-of-business and therefore do not have a meaningful financial strength indicator.

Comparing this business against 3,483 other businesses within its industry with a D&B Score

The average Score of this sector is 48.
The business has a higher score compared to the calculated average.

PAYMENT INFORMATION

D&B collects in excess of 100 million trade payment experiences on European businesses each year.

Payment experiences are derived from the analysis of 1 or more invoices from D&B Dun-Trade Partners to determine the average payment behaviour of this business within the last 12 months. Contact your local D&B office to participate in this program.

In some instances, payment beyond terms can be the result of overlooked or disputed invoices.

```
Total experiences received over
the last 12 months                      6

Value of experiences                    32.020 Euro

Average Payment Behaviour               Within terms
```

Based on the 1003 firms in SIC code 5122 where D&B has payment experiences.

```
UPPER SEGMENT  (TOP 25%)      Pays within terms          PAYDEX 80
MEDIUM SEGMENT (Middle 50%)   Pays 5 days beyond terms   PAYDEX 77
LOWER SEGMENT  (Bottom 25%)   Pays 18 days beyond terms  PAYDEX 67
```

Payment Experience Summary

Breakdown of experiences settled to payment terms - 12 months

| Value Bands Euro | Number of Experiences | Total Value Euro | Within terms (%) | (% days late) 1-30 | 31-60 | 61-90 | 91+ |
|---|---|---|---|---|---|---|---|
| > 100,000 | - | - | - | - | - | - | - |
| 75,000-99,999 | - | - | - | - | - | - | - |
| 50,000-74,999 | - | - | - | - | - | - | - |
| 25,000-49,999 | - | - | - | - | - | - | - |
| 10,000-24,999 | - | - | - | - | - | - | - |
| < 10,000 | 6 | 32.020 | 100 | - | - | - | - |
| Total | 6 | 32.020 | | | | | |

SPECIAL EVENTS

Critical legal notice information filed is investigated by D&B Analysts, and where relevant, comment is presented in this section.

Any amount without specified currency in this section below is in Italian Lire.

*** Business Moved. ***
*** Miscellaneous. ***
La societa' ha trasferito la sede amministrativa da Cairate/Va Via Per Abbiate 10 a Desio/Mi Via Lavoratori Autobianchi 1/B

PUBLIC RECORD INFORMATION

No protested bills are currently found on our database.


MANAGEMENT


Amounts without a currency are shown in Italian Lire.

PRINCIPALS ANTECEDENTS

```
Name:       ALDO BASSETTI
            PRESIDENT
Born:       01-11-1926 GALLARATE
```

```
Address:            VIA CUSANI 5, MILANO (MI)
Responsibility:     In this position since: 21-7-06.
Fiscal code:        BSSLDA26S01D869Q

Name:               MASSIMO MACCAFERRI
                    VICE-PRESIDENT
Born:               02-05-1953 BOLOGNA
Address:            VIA S.MARGHERITA AL COLLE 2, BOLOGNA (BO)
Responsibility:     In this position since: 21-7-06.
Fiscal code:        MCCMSM53E02A944V

Name:               RENZO BERNA
                    MANAGING DIRECTOR
Born:               27-01-1951 CINISELLO BALSAMO
Address:            VIA VOLTA 30, MUGGIO' (MI)
Responsibility:     In this position since: 21-7-06.
Fiscal code:        BRNRNZ51A27C707N

Name:               MAURIZIO MATERA
                    MEMBER OF THE BOARD
Born:               03-02-1936 MONTALBANO JONICO
Address:            VIA GIACOMO BONI 29, MILANO (MI)
Responsibility:     In this position since: 21-7-06.
Fiscal code:        MTRMRZ36B03F399W

Name:               PIERO TAMBURINI
                    MEMBER OF THE BOARD
Born:               01-08-1954 BOLOGNA
Address:            VIA MARCONI 41, BOLOGNA (BO)
Responsibility:     In this position since: 21-7-06.
Fiscal code:        TMBPRI54M01A944W
```

BASSETTI ALDO, is also recorded as:
- SOLE ADMINISTRATOR of COMPAGNIA PADANA PER INVESTIMENTI SPA, MILANO (MI) DUNS 43-832-4642.
- PRESIDENT of MARCONI INDUSTRIAL SERVICES SPA, MILANO (MI) DUNS 42-898-8349.
- MEMBER OF THE BOARD of FINAVAL SPA, MILANO (MI) DUNS 43-907-6597.
- MEMBER OF THE BOARD of I GRANDI VIAGGI SPA, MILANO (MI) DUNS 43-912-3688.

MACCAFERRI MASSIMO, is also recorded as (among others):
- PRESIDENT of ERIDANIA SADAM SPA, BOLOGNA (BO) DUNS 33-906-3617.
- PRESIDENT of ITALIANA TABACCHI SRL, BOLOGNA (BO) DUNS 51-697-4891.
- PRESIDENT of ERIDANIA ITALIA SPA, BOLOGNA (BO) DUNS 38-793-3737.
- VICE-PRESIDENT of IMMOBILIARE AGR CA' DOMENICALI S.R.L., BOLOGNA (BO) DUNS 43-270-8282.
- PARTNER of SACIB S.N.C. DI ANTONIO MACCAFERRI & C., BOLOGNA (BO) DUNS 43-515-4401.

CORPORATE STRUCTURE

CAPITAL
Nominal capital : 1.453.140 Euro (All paid up.)

BRANCHES


Laboratorio, VIA LAVORATORI AUTOBIANCHI 1, 20033 DESIO (MI)

HISTORY/OPERATIONS

HISTORY

All amounts without a specified currency are usually provided in the local currency at the time of the event.

Private limited liability company, constituted 15-11-1990, registered at the Chamber of Commerce of MI NO.1737208 on 3-3-04.
Name changed from Gnosis Srl
Statutory duration: 31-12-2100
Incorporazione: 28-08-1992 Gnosis Srl duns 43-637-7717
Relocated from: Cairate/Va Via Per Abbiate 10
The Registered Office was previously at Cairate/Va Via Per Abbiate 10
Trattasi di societa' sorta come TPT Eco Srl per trattare l'attivita' di finanziaria e di partecipazioni, in seguito all'incorporazione variava in Gnosis Srl. Il capitale legale e' diminuito da L. 1.800.000.000 a L. 500.000.000 quindi a L. 155.000.000, aumentato a L. L.2.000.000.000, poi a L. 2.013.720.800 in seguito a L. 2.110.534.300 ed infine a L.

2.813.671.387. Sorta per trattare prevalentemente l'attivita' di ricerca e sviluppo nel campo delle biotecnologie, nel campo farmaceutico (80%) ed alimentare (20%) nel corso del 2001 ampliava l'oggetto sociale con l'attivita' di commercio all'ingrosso di prodotti dietetici che ne diveniva prevalente. Gia' iscritta alla CCIA di MI 1356602 con sede legale era in Milano Via Serbelloni 1, cessata per trasferimento a Cairate/Va Via Per Abbiate 10 CCIAA VA n. 256293 e dal 03.2004 cessata per trasferimento nella provincia di Milano.
Declared starting date: 15-11-90.

OPERATIONS

SIC CODE(S):    5122    8922

PHARMACEUTICAL GOODS WHOLESALERS
NONCOMM EDUCATIONAL/SCIENTIFIC/RESEARCH ORG.

Commercio all'ingrosso di prodotti dietetici, ricerca e sviluppo nel campo delle biotecnologie, nel campo farmaceutico (80%) ed alimentare (20%)

Exports:        080% of sales to USA, Australia
Employees:      21

Premises:       Subject dispone di offices, works, at the heading address
                The Registered Office is at heading address.

BANKERS

Monte dei Paschi di Siena spa Ag. 2 di Milano.

Banco di Sicilia spa Ag. 5 di Milano.

Banca Popolare di Lodi scarl Ag. di Tradate/Va.

MANAGEMENT COMMENT

Property:
Description of property is not to hand.
The company shows a rating up.

PRESS CUTTINGS

Press and Business articles are added to the D&B database daily. Recent significant cuttings relating to this business will appear in this section.

FINANCIAL COMPARISONS

|  | 31 DEC 2005 Euro '000s | 31 DEC 2004 Euro '000s | 31 DEC 2003 Euro '000s |
|---|---|---|---|
| Liquid Assets | 10.093 | 10.857 | 7.374 |
| Inventory | 3.271 | 828 | 710 |
| Current Assets | 13.363 | 11.685 | 8.084 |
| Current Liabilities | 20.170 | 11.308 | 6.703 |
| Fixed Assets | 5.455 | 5.740 | 3.168 |
| Total Assets | 35.064 | 27.732 | 12.455 |
| Profit (Loss) | (213) | 1.164 | 380 |
| Net worth | 14.356 | 15.192 | 4.533 |
| Net Sales | 15.002 | 17.950 | 14.120 |

FINANCIAL RATIOS

|  | 31 DEC 2005 | 31 DEC 2004 | 31 DEC 2003 |
|---|---|---|---|
| PROFITABILITY | | | |
| Ros (%) Ros (%) | (1,42) | 6,48 | 2,69 |
| Roe (%) Roe (%) |  | 7,66 | 8,37 |
| FINANCIAL STATUS | | | |
| Liquid Ratio | 0,50 | 0,96 | 1,10 |
| Current Ratio | 0,66 | 1,03 | 1,21 |
| Curr. Liabilities/Net Worth | 1,41 | 0,74 | 1,48 |
| PROFIT LEVEL RATIOS | | | |
| Stock turnover (x) | 4,59 | 21,67 | 19,89 |

BALANCE SHEET

| Closing date<br>Currency | 31 DEC 2005<br>Euro | 31 DEC 2004<br>Euro | Variance<br>05/04 (%) |
|---|---|---|---|
| ASSETS | '000s | '000s | |
| Buildings | 3.009 | 2.993 | 0,50 |
| Total Fixed Assets | 5.455 | 5.740 | (5,00) |
| Long Term Investments | 2.608 | 93 | |
| Loans to Assoc Cos | 10.115 | 8.985 | 12,60 |
| Tot. Financial Assets | 12.723 | 9.078 | 40,20 |
| Total Intangibles | 3.523 | 1.229 | 186,70 |
| Receivables over 1 yr | 0 | 0 | |
| Tot. Non Curr. Assets | 21.700 | 16.046 | 35,20 |
| Finished Goods | 1.533 | 658 | 132,90 |
| Tot. Net Stocks & WIP | 3.271 | 828 | 294,80 |
| Accounts Receivable | 7.374 | 4.306 | 71,30 |
| Accruals | 48 | 143 | (66,40) |
| Owing from Particip. | 0 | 0 | |
| Other Receivables | 2.180 | 1.352 | 61,30 |
| Cash | 345 | 4.914 | (93,00) |
| Marketable Securities | 145 | 143 | 1,80 |
| Total Current Assets | 13.363 | 11.685 | 14,40 |
| TOTAL ASSETS | 35.064 | 27.732 | 26,40 |
| LIABILITIES | '000s | '000s | |
| Total Stock Equity | 14.356 | 15.192 | (5,50) |
| Provision for Risks | 338 | 456 | (25,90) |
| Prov for Pensions etc | 200 | 159 | 26,00 |
| Mortgages & Loans | 0 | 617 | |
| Other Long-term Liabs | 0 | 0 | |
| Bank Loans/Overdrafts | 13.412 | 6.504 | 106,20 |
| Accounts Payable | 6.201 | 4.197 | 47,70 |
| Other Current Liabs. | 316 | 463 | (31,80) |
| Accruals/Deferred Inc | 242 | 145 | 67,50 |
| Total Current Liabs. | 20.170 | 11.308 | 78,40 |
| TOTAL LIABILITIES | 35.064 | 27.732 | 26,40 |

| Closing date<br>Currency | 31 DEC 2005<br>Euro<br>'000s | 31 DEC 2004<br>Euro<br>'000s | Variance<br>05/04 (%) |
|---|---|---|---|
| PROFIT & LOSS ACCOUNT | | | |

| | | | |
|---|---:|---:|---:|
| - Net Sales | 15.002 | 17.950 | (16,40) |
| Total Income | 17.611 | 18.236 | (3,40) |
| Other Industrial Costs, | 2.253 | 2.342 | (3,80) |
| Payroll | 1.781 | 1.408 | 26,50 |
| Depreciation | 1.311 | 1.271 | 3,20 |
| Other Operating Income | 40 | 142 | (72,00) |
| Raw Materials & Consum. | 13.890 | 11.905 | |
| Other Operating Charges | 331 | 253 | 30,60 |
| Net Operating Income | (1.954) | 1.056 | (285,00) |
| Total Financial Expenses | 454 | 173 | 162,40 |
| Total Financial Income | 391 | 177 | 120,70 |
| Profit Before Tax | (2.017) | 1.060 | (290,40) |
| Extraordinary Result | 1.686 | 995 | 69,40 |
| Pre-Tax Profit (Loss) | (331) | 1.916 | (117,30) |
| Net Taxation | (119) | 753 | (115,80) |
| Net Profit | | 1.164 | |
| Net Loss | 213 | | |
| Number of Employees | 21 | 21 | |

(Number of employees is not in thousands)

FINANCIAL STATEMENT

All amounts without a specified currency are usually provided in the local currency at the time of the event.

LATEST BALANCE SHEET, AS AT 31-12-2005

NOTA:  I VALORI TRA PARENTESI RAPPRESENTANO
       CODICI DI RIFERIMENTO INTERNI PER LA
       CODIFICA DEL BILANCIO (IC)

       STATO PATRIMONIALE

       ATTIVITA'
(10)   Crediti verso Soci                                              0
(30)   Immobilizzazioni Immateriali                             3.522.956
(40)   Immobilizzazioni Materiali                               5.454.602
(45)    - di cui Immobili                                       3.008.655
(50)   Immobilizzazioni Finanziarie                            12.722.877
(260)  Azioni Proprie                                                   0
(60)    - di cui Crediti verso Controll./Colleg               10.114.753

```
(67)      - di cui Partecipazioni                              2.608.124
(80)      Rimanenze                                            3.270.849
(82)      - di cui Prodotti finiti/Semilavorati                1.533.537
(90)      Crediti                                              9.554.806
(100)     - di cui Crediti a breve termine                     9.554.806
(102)     - di cui Crediti totali verso Clienti                7.374.350
(105)     - di cui Crediti a breve verso Clienti               7.374.350
(110)     Attivita' Finanziarie a breve termine                  144.916
(115)     Azioni Proprie                                              0
(120)     Disponibilita liquide     (cassa, banche,..)           345.085
(130)     Ratei e risconti attivi                                 47.842

(150)     TOTALE ATTIVITA'                                    35.063.933


          PASSIVITA' E PATRIMONIO NETTO
(160)     Patrimonio Netto                                    14.355.799
(162)     Capitale Sociale                                     1.453.140
(164)     Riserva Sovraprezzo Azioni                          10.931.525
(166)     Riserve  di Rivalutazione                                    0
(170)     Fondi Rischi ed Oneri                                  337.567
(175)     - di cui Fondo Imposte                                 337.567
(180)     Fondo Trattamento Fine Rapporto                        200.624
(190)     Debiti                                              19.927.890
(195)     - di cui Debiti verso Fornitori                      6.200.363
(200)     - di cui Debiti a breve termine                     19.927.890
(210)     - di cui Debiti verso Banche a m/l                           0
(212)     - di cui Debiti verso Banche a breve                13.412.127
(220)     Ratei e Risconti Passivi                               242.053

(240)     TOTALE PASSIVITA' E PATRIMONIO NETTO                35.063.933


          CONTO ECONOMICO
(270)     Valore della produzione                             17.611.239
(280)     - Ricavi              (*)                           15.001.469
(290)     - Variazione rimanenze         (*)                     869.412
(11500)   - Totale variazioni                                    869.412
(300)     - Altri ricavi         (**)                             39.534
(310)     Costi della produzione(relativi solo ad *)          19.565.201
(320)     - Acquisti di materie prime e merci                 15.462.546
(330)     - Variazioni rimanenze m.p. e merci                 (1.572.983)
(350)     - Spese generali e accanton. per rischi              2.252.607
(355)     - Accantonamento per rischi ed altri accant                  0
(370)     - Costo del personale                                1.781.239
(375)     - Trattamento di fine Rapporto                          51.806
(11700)   - Ammortamenti e svalutazioni delle immob.           1.311.487
(390)     - Ammortamenti e svalut. crediti/stock               1.311.487
(392)     - Ammortamenti delle Immobilizzazioni Immat            538.126
(394)     - Ammortamenti delle Immobilizzazioni mater            773.361
(400)     Risultato Operativo caratteristico                  (1.663.191)
(410)     Risultato non caratteristico    (include **)           100.074

(412)     Proventi Finanziari                                    360.451
(420)     Oneri finanziari                                       454.026
(430)     Rettifiche alle attivita' finanziarie                2.041.027
(450)     Proventi          (oneri) straordinari                (355.152)
(460)     Risultato ante imposte                                (331.268)
```

```
(465)  Imposte sul reddito dell' esercizio                    (118.626)
(477)  Utile netto o perdita di esercizio                     (212.642)


       CONTI D' ORDINE E ALTRI VALORI
(250)  Impegni e rischi                                       5.167.054
(485)  Cash Flow        (Utile netto + Amm. totali)           1.098.845
```

IN THE INTEREST OF SPEED, THE ABOVE STATEMENT HAS BEEN DELIVERED WITHOUT
REVIEW IN THE NATIVE LANGUAGE FOR YOUR OWN ASSESSMENT. IN CASE OF
DIFFICULTY, PLEASE CONTACT YOUR LOCAL INTERNATIONAL CUSTOMER SERVICE
DEPARTMENT.

SUMMARY

```
DATE INC:         1990              REVENUES:              15.001.469
LEGAL FORM:       SRL               (Euro) 2005
CCIAA :           MI 1737208        PROFIT/(LOSS):               (213)
EMPLOYS:          21                (THOUSANDS) (Euro)  31-12-2005
NOMINAL CAPITAL:  1.453.140         NET WORTH:             14.355.799
(Euro)                              (Euro) 2005
PAID UP CAP:      ALL
```

FOREIGN COMPREHENSIVE DISPLAY COMPLETE

[ New Search ]    [ Order an Investigation ]

| Company Reports | Basic Marketing Lookups | U.S. Public Records Search | Country Risk Services | ZapData |

Main Menu | DUNSRight™ | FAQs | Customer Assistance | Samples & Descriptions | Price Guide | About Privacy

© 2006 Dun & Bradstreet, Inc.
January 14, 2006 - GTO