# EXHIBIT D



## Products

Anti-Oxidants & Immune Enhancing Ingredients

Cardiovascular Health

Ingredients for Healthy Joints and Cartilage

Memory & Mental Enhancing Ingredients

Women's Health

Mood and Emotional Health

Weight Loss

All Natural Products

## Resources

Links
Resources
Other Resources

What's Hot?

Collagen Bulk Sales

Hoodia Bulk Sales

Hyaluronic Acid

Who We Are

About AHD

Contact AHD

## PREMIUM NUTRACEUTICAL INGREDIENTS
Call 404-233-4022, or Click Here for a Quote

## Welcome to AHD International, LLC



AHD is the distribution leader for the most innovative new-to-market nutritional products. From the jungles of Brazil to the beaches and deserts, our representatives scout the globe to discover effective, unique ingredients such as Chondroitin, Hoodia, CoQ10, and Aloe Vera Extract. Whether dietary supplements, OTC, cosmetics, or pet products, we provide exactly the ingredients (Chondroitin to Aloe) that your customer is looking for.

AHD International has over 8 years experience researching, importing and selling bulk natural ingredients. AHD imports, packages and distributes Chondroitin and other select ingredients for the North American wholesale market.

Our exclusive distribution relationship with numerous natural products manufacturers from around the globe offers wholesale distribution of Chondroitin with the highest quality with a focus on fast delivery and customer service. Our select products, including Chondroitin, is of the highest quality imported from around the world.

Add to that our 5 warehouse distribution system, and our customers have the advantage of the best products with assured availability and prompt delivery. So whether you are producing glucosamine chondroitin, or selling Chondroitin, Hoodia, Aloe Vera Extract or CoQ10, consider the best provider in the industry, AHD International.

---

We are strictly a bulk supplier to manufacturers -- we do not sell to re-sellers or individuals. Our minimum order size is approximately 25 kilos. We are one of only a few suppliers that carry $5 million product liability insurance for our customers. AHD International LLC is classified as a importer, exporter, manufacturer, distributor of nutritional ingredients depending on the ingredient specified. AHD has 5 warehouse locations across North America and sales agents in over 10 countries. We are the only ingredient company to be awarded the Dun and Bradstreet's fastest growing company in America twice in 1999 and 2002.

For quotes please click here

Case 1:07-cv-05898-RJS   Document 13-5   Filed 02/29/2008   Page 3 of 5

*"These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease."

© AHD International, LLC.
Legal and Privacy Statement

**Products**

Anti-Oxidants &
Immune Enhancing
Ingredients

Cardiovascular
Health

Ingredients for
Healthy Joints and
Cartilage

Memory & Mental
Enhancing
Ingredients

Women's Health

Mood and Emotional
Health

Weight Loss

All Natural Products

**Resources**

Links
Resources
Other Resources

What's Hot?

Collagen Bulk
Sales

Hoodia Bulk Sales

Hyaluronic Acid

Who We Are

About AHD

Contact AHD

## PREMIUM NUTRACEUTICAL INGREDIENTS
Call 404-233-4022, or Click Here for a Quote

### AHD International, LLC Company Information



AHD International, LLC a unique team of individuals with extensive experience in all areas of nutritional products industry. Since its inception, AHD International has grown dramatically and continues to increase its global customer base of manufacturers, wholesalers, and distributors. We supply the highest quality nutritional products in raw material powders and oils. Our low prices and quick delivery satisfy customers across North America. We specialize in acting as agents for major foreign manufacturers by distributing nutritional ingredients in North America.

You'll find that our sophisticated capabilities of supplying raw materials, ingredients, powders, oils, and natural extracts can give you a strong advantage in the marketplace

We can help you compete more successfully, because we specialize in new and hard-to-find raw materials, up and coming products, and natural materials that are in demand.

**Specialized Representatives**

Our representatives are knowledgeable, skilled, and customer oriented-enthusiastic reps who know how to resource products. Count on them to search out the best materials, suggest ideas for keeping costs under control, and recommend some of the best testing, processing, and storage facilities for your special requirements.

**Quality Standards**

We work with some of the finest and most respected independent testing laboratories. And we have our own triple-check system to help ensure that customer products are evaluated for natural purity, consistency, and exceptional quality.

**Fast Delivery**

You'll find that, on average, we meet or exceed our customer's delivery deadlines 95% of the time. That's critical when you need to get products to the market quickly.

**High Customer Satisfaction**

Our customer list covers some of the largest most respected companies in the world; as well as numerous, fast growing businesses, that count on AHD month after month. In fact, 80% to 90% of our customers continue to do business with us.

**America- Based, World Reach**

AHD is not a foreign company; nor are we part of a large, impersonal corporation. Headquartered in Atlanta, Georgia USA, our representatives travel worldwide to search for the finest raw materials with the highest beneficial characteristics. You'll benefit from our global perspective, our industry contacts, and our full range of service options.

---

*We are strictly a bulk supplier to manufacturers – we do not sell to re-sellers or individuals. Our minimum order size is approximately 25 kilos. We are one of only a few suppliers that carry $5 million product liability insurance for our customers. AHD International LLC is classified as a importer, exporter, manufacturer, distributor of nutritional ingredients depending on the ingredient specified. AHD has 5 warehouse locations across North America and sales agents in over 10 countries. We are the only ingredient company to be awarded the Dun and Bradstreet's fastest growing company in America twice in 1999 and 2002.*

**For quotes please click here**

*"These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease."

© AHD International, LLC.
Legal and Privacy Statement