# EXHIBIT E

# U.S. Census Bureau
## American FactFinder



### United States -- States; and Puerto Rico
**GCT-T1-R. Population Estimates (geographies ranked by estimate)**
Data Set: **2007 Population Estimates**

Note: For information on errors stemming from model error, sampling error, and nonsampling error, see:
http://www.census.gov/popest/topics/methodology.

| Rank | Geographic area | Population Estimates | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | July 1, 2007 | July 1, 2006 | July 1, 2005 | July 1, 2004 | July 1, 2003 | July 1, 2002 | July 1, 2001 | July 1, 2000 |
| | United States | 301,621,157 | 298,754,819 | 295,895,897 | 293,191,511 | 290,447,644 | 287,888,021 | 285,112,030 | 282,194,308 |
| 1 | California | 36,553,215 | 36,249,872 | 35,990,312 | 35,721,991 | 35,376,833 | 34,963,856 | 34,525,902 | 34,004,051 |
| 2 | Texas | 23,904,380 | 23,407,629 | 22,843,999 | 22,454,811 | 22,085,973 | 21,730,350 | 21,340,494 | 20,948,843 |
| 3 | New York | 19,297,729 | 19,281,988 | 19,262,545 | 19,258,479 | 19,207,652 | 19,132,542 | 19,076,610 | 18,996,571 |
| 4 | Florida | 18,251,243 | 18,057,508 | 17,736,027 | 17,342,623 | 16,959,251 | 16,667,906 | 16,348,628 | 16,049,316 |
| 5 | Illinois | 12,852,548 | 12,777,042 | 12,719,550 | 12,680,053 | 12,625,246 | 12,578,317 | 12,516,683 | 12,439,219 |
| 6 | Pennsylvania | 12,432,792 | 12,402,817 | 12,367,276 | 12,348,618 | 12,327,250 | 12,305,751 | 12,287,542 | 12,285,564 |
| 7 | Ohio | 11,466,917 | 11,463,513 | 11,459,776 | 11,452,808 | 11,435,980 | 11,414,816 | 11,392,869 | 11,364,143 |
| 8 | Michigan | 10,071,822 | 10,102,322 | 10,107,940 | 10,102,720 | 10,075,217 | 10,043,737 | 10,006,963 | 9,955,417 |
| 9 | Georgia | 9,544,750 | 9,342,080 | 9,107,719 | 8,921,371 | 8,740,008 | 8,591,169 | 8,422,127 | 8,230,919 |
| 10 | North Carolina | 9,061,032 | 8,869,442 | 8,679,089 | 8,538,378 | 8,421,149 | 8,319,293 | 8,203,565 | 8,079,777 |
| 11 | New Jersey | 8,685,920 | 8,666,075 | 8,657,445 | 8,641,235 | 8,604,990 | 8,558,327 | 8,495,644 | 8,431,951 |
| 12 | Virginia | 7,712,091 | 7,640,249 | 7,557,588 | 7,464,033 | 7,370,557 | 7,281,659 | 7,190,468 | 7,104,992 |
| 13 | Massachusetts | 6,449,755 | 6,434,389 | 6,429,137 | 6,433,676 | 6,438,510 | 6,431,788 | 6,407,631 | 6,363,190 |
| 14 | Washington | 6,468,424 | 6,374,910 | 6,270,838 | 6,189,869 | 6,118,988 | 6,061,872 | 5,990,518 | 5,911,652 |
| 15 | Indiana | 6,345,289 | 6,302,646 | 6,257,121 | 6,218,863 | 6,184,519 | 6,151,102 | 6,125,525 | 6,091,735 |
| 16 | Arizona | 6,338,755 | 6,165,689 | 5,952,083 | 5,744,367 | 5,579,307 | 5,444,881 | 5,301,097 | 5,167,260 |
| 17 | Tennessee | 6,156,719 | 6,074,913 | 5,989,309 | 5,912,063 | 5,853,371 | 5,801,841 | 5,754,637 | 5,703,415 |
| 18 | Missouri | 5,878,415 | 5,837,639 | 5,787,885 | 5,744,753 | 5,705,971 | 5,676,209 | 5,641,517 | 5,606,140 |
| 19 | Maryland | 5,618,344 | 5,602,017 | 5,573,163 | 5,537,662 | 5,494,136 | 5,433,822 | 5,374,956 | 5,310,916 |
| 20 | Wisconsin | 5,601,640 | 5,572,660 | 5,540,473 | 5,510,199 | 5,475,267 | 5,445,115 | 5,408,512 | 5,374,399 |
| 21 | Minnesota | 5,197,621 | 5,154,586 | 5,113,824 | 5,085,626 | 5,052,497 | 5,020,624 | 4,984,100 | 4,934,185 |
| 22 | Colorado | 4,861,515 | 4,766,248 | 4,673,724 | 4,609,264 | 4,555,212 | 4,507,762 | 4,433,997 | 4,328,252 |
| 23 | Alabama | 4,627,851 | 4,590,240 | 4,539,611 | 4,508,540 | 4,488,071 | 4,471,006 | 4,463,224 | 4,451,887 |
| 24 | South Carolina | 4,407,709 | 4,330,108 | 4,254,989 | 4,201,437 | 4,146,770 | 4,104,683 | 4,062,933 | 4,023,628 |
| 25 | Louisiana | 4,293,204 | 4,243,288 | 4,495,670 | 4,487,966 | 4,473,679 | 4,465,490 | 4,460,285 | 4,469,044 |
| 26 | Kentucky | 4,241,474 | 4,204,444 | 4,171,016 | 4,139,859 | 4,114,069 | 4,089,032 | 4,067,461 | 4,049,049 |
| 27 | Oregon | 3,747,455 | 3,691,084 | 3,629,959 | 3,583,027 | 3,556,956 | 3,521,520 | 3,472,224 | 3,431,096 |
| 28 | Oklahoma | 3,617,316 | 3,577,536 | 3,535,926 | 3,516,552 | 3,499,937 | 3,485,515 | 3,464,818 | 3,454,058 |
| 29 | Connecticut | 3,502,309 | 3,495,753 | 3,486,490 | 3,481,890 | 3,472,964 | 3,451,867 | 3,429,770 | 3,411,990 |
| 30 | Iowa | 2,988,046 | 2,972,566 | 2,955,587 | 2,946,009 | 2,935,991 | 2,931,084 | 2,930,031 | 2,928,246 |
| 31 | Mississippi | 2,918,785 | 2,899,112 | 2,900,456 | 2,886,860 | 2,868,343 | 2,859,196 | 2,853,579 | 2,848,424 |
| 32 | Arkansas | 2,834,797 | 2,809,111 | 2,772,152 | 2,742,898 | 2,720,006 | 2,703,310 | 2,690,254 | 2,678,397 |
| 33 | Kansas | 2,775,997 | 2,755,817 | 2,741,665 | 2,730,828 | 2,721,824 | 2,712,383 | 2,700,979 | 2,692,890 |
| 34 | Utah | 2,645,330 | 2,579,535 | 2,505,013 | 2,430,841 | 2,373,260 | 2,336,872 | 2,292,177 | 2,244,431 |
| 35 | Nevada | 2,565,382 | 2,492,427 | 2,408,948 | 2,329,960 | 2,238,336 | 2,167,645 | 2,095,331 | 2,018,494 |
| 36 | New Mexico | 1,969,915 | 1,942,302 | 1,916,331 | 1,892,182 | 1,870,113 | 1,850,562 | 1,829,032 | 1,820,861 |
| 37 | West Virginia | 1,812,035 | 1,808,699 | 1,805,626 | 1,804,618 | 1,803,223 | 1,800,090 | 1,798,860 | 1,807,050 |
| 38 | Nebraska | 1,774,571 | 1,763,765 | 1,754,042 | 1,743,954 | 1,734,746 | 1,725,545 | 1,718,280 | 1,713,322 |
| 39 | Idaho | 1,499,402 | 1,463,878 | 1,425,894 | 1,391,751 | 1,364,038 | 1,342,103 | 1,320,918 | 1,299,578 |
| 40 | Maine | 1,317,207 | 1,314,910 | 1,312,222 | 1,308,892 | 1,303,441 | 1,294,187 | 1,284,872 | 1,277,225 |

| Rank | Geographic area | Population Estimates ||||||||
|---|---|---|---|---|---|---|---|---|---|
| | | July 1, 2007 | July 1, 2006 | July 1, 2005 | July 1, 2004 | July 1, 2003 | July 1, 2002 | July 1, 2001 | July 1, 2000 |
| 41 | New Hampshire | 1,315,828 | 1,311,821 | 1,303,112 | 1,294,285 | 1,282,844 | 1,272,185 | 1,257,347 | 1,240,442 |
| 42 | Hawaii | 1,283,388 | 1,278,635 | 1,267,581 | 1,254,172 | 1,240,325 | 1,228,763 | 1,218,553 | 1,211,586 |
| 43 | Rhode Island | 1,057,832 | 1,061,641 | 1,066,721 | 1,072,859 | 1,072,629 | 1,066,888 | 1,058,474 | 1,050,807 |
| 44 | Montana | 957,861 | 946,795 | 935,784 | 926,721 | 917,453 | 910,282 | 906,098 | 903,329 |
| 45 | Delaware | 864,764 | 852,747 | 840,558 | 827,671 | 815,798 | 804,875 | 795,126 | 786,463 |
| 46 | South Dakota | 796,214 | 788,467 | 780,046 | 774,129 | 766,882 | 761,995 | 758,852 | 755,713 |
| 47 | Alaska | 683,478 | 677,450 | 669,411 | 661,661 | 650,967 | 642,699 | 633,277 | 627,462 |
| 48 | North Dakota | 639,715 | 637,460 | 635,938 | 636,814 | 633,159 | 633,861 | 636,385 | 641,236 |
| 49 | Vermont | 621,254 | 620,778 | 619,736 | 618,794 | 617,101 | 615,250 | 612,225 | 609,909 |
| 50 | District of Columbia | 588,292 | 585,459 | 582,049 | 579,621 | 577,467 | 579,190 | 577,648 | 571,799 |
| 51 | Wyoming | 522,830 | 512,757 | 506,541 | 503,258 | 499,368 | 497,204 | 493,032 | 493,985 |
| | | | | | | | | | |
| | **Puerto Rico** | 3,941,459 | 3,925,971 | 3,909,866 | 3,893,104 | 3,875,818 | 3,857,474 | 3,836,971 | 3,813,571 |

Source: US Census Bureau, Population Estimates Program
More Tables and Information: Population Estimates Program

Note: The April 1, 2000 estimates base reflects changes to the Census 2000 population resulting from legal boundary updates as of January 1 of the estimates year, other geographic program changes, and Count Question Resolution actions. All geographic boundaries for the July 1, 2007 population estimates series are defined as of January 1, 2007. An "(x)" in the Census 2000 field indicates a locality that was formed or incorporated after Census 2000 or was erroneously omitted from Census 2000. See Geographic Change Notes for additional information on these localities.