# EXHIBIT F

# ProThera®

10439 Double R Blvd. • Reno, NV 89521
Phone 775-850-8800 • Fax 775-850-8810
www.protherainc.com

| Page | Date | Invoice No. |
|---|---|---|
| 1 | 07/13/07 | 77017A |

**BILL TO:**
Natalie Clayton
1182 Broadway
Apt 404
New York, NY 10001

**SHIP TO:**

| Customer No. | Sales I.D. | Reference # | Source Code | Terms |
|---|---|---|---|---|
| 33558 | 765/MM | 9679 | R /ROC | XXXXXXXX3057 VISA |

| Ordered By | Warehouse | Phone Number | Total Wt. | Zone | # Packages | Ship Via |
|---|---|---|---|---|---|---|
|  | NV1 | (321) 258-4485 | 5.2 | 8 | 1 | FCR |

**Message:** Thank you for your order! For your convenience, orders may also be placed online 24 hours a day at www.protherainc.com.

| Qty. | B/O | Shipped | Item # | Description | Unit Price | Disc | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 0 | 1 | ATP | AntioxTheraPack (30 Packets) | 47.9500 | - | 47.95 |
| 1 | 0 | 1 | ARTP | ArthroTheraPack (30 Packets) | 46.9500 | - | 46.95 |
| 1 | 0 | 1 | BFL | B12-Folate (Sublingual) 60 Tablets | 14.9500 | - | 14.95 |
| 1 | 0 | 1 | CRDP | CardioTheraPack (30 Packets) | 41.9500 | - | 41.95 |
| 1 | 0 | 1 | GTP | GastroTheraPack (30 Packets) | 43.9500 | - | 43.95 |
| 1 | 0 | 1 | GLCP | GlucoTheraPack (30 Packets) | 41.9500 | - | 41.95 |
| 1 | 0 | 1 | INFP | InflaTheraPack (30 Packets) | 45.9500 | - | 45.95 |

MERCHANDISE INVOICE TOTAL $ 283.65
INVOICE TOTAL $ 283.65
CR. CARD: VI, APPR:235621 $ -283.65