SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MERCK EPROVA AG,     Plaintiff,

07  cv  5898  (RJS)

- against -

GNOSIS S.P.A. et ano     Defendant.

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of  Bryon L. Friedman   attorney for  Defendants

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | WILLIAM D. CHAPMAN |
| Firm Name: | Smith, Chapman & Campbell |
| Address: | 1800 North Broadway, Suite 200 |
| City/State/Zip: | Santa Ana, California 92706 |
| Telephone/Fax: | (714) 550-7720 |
| Email Address: | (714) 550-1251 |

is admitted to practice pro hac vice as counsel for  Defendants   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 3/11/08
City, State: NY, NY

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY  FEE PAID $ _____   SDNY RECEIPT# _____
SDNY Form Web 10/2006