**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

MERCK EPROVA AG,    Plaintiff,

- against -

GNOSIS S.P.A. et ano    Defendant.

_7_ cv _5898_ (RJS)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I,   BRYON L. FRIEDMAN  a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | **STEVEN C. SMITH** |
| Firm Name: | Smith, Chapman & Campbell |
| Address: | 1800 North Broadway, Suite 200 |
| City/State/Zip: | Santa Ana, California 92706 |
| Phone Number: | (714) 550-7720 |
| Fax Number: | (714) 550-1251 |

STEVEN C. SMITH                 is a member in good standing of the Bar of the States of

California and Utah

There are no pending disciplinary proceeding against   STEVEN C. SMITH
in any State or Federal court.

Dated:      2/8/2008

City, State:  Purchase, New York

Respectfully submitted,

Sponsor's
SDNY Bar    Bryon L. Friedman (BF5752)
Firm Name:    Littleton Joyce Ughetta Park & Kelly LLP
Address:
City/State/Zip:    One Manhattanville Road, Suite 302
                   Purchase, New York 10577
Phone Number: (914) 417-3400
Fax Number:    (914) 417-3401

LITTLETON JOYCE
UGHETTA PARK & KELLY LLP
1 Manhattanville Road, Suite 302
Purchase, New York  10577
Tel: (914) 417-3400
Fax: (914) 417-3401
Attn:   Bryon L. Friedman, Esq. (BF-5752)
        Email: Bryon.Friedman@LittletonJoyce.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

MERCK EPROVA AG,                                    :   Case no. 07 Civ. 5898 (RJS)

                                                    :

                        Plaintiff,                  :

                                                    :

        -against-                                   :

                                                    :

GNOSIS S.P.A. and GNOSIS BIORESEARCH S.A.,          :

                                                    :

                        Defendants.                 :

-------------------------------------------------------------------- x

## Declaration in Support of Application to Admit
## STEVEN C. SMITH Pro Hac Vice

BRYON L. FRIEDMAN, an attorney duly admitted to practice law before this Court,

declares the following under the penalties of perjury:

1.   I am a member of the firm LITTLETON JOYCE UGHETTA PARK & KELLY LLP,

attorneys for the defendants in this action. I am familiar with the proceedings in this case. I make

this statement based on my personal knowledge of the facts set forth herein and in support of

Plaintiffs motion to admit STEVEN C. SMITH as counsel *pro hac vice* to represent the

defendants in this matter.

2012041

2.  I am a member in good standing of the bar of the (\State of New York, and was admitted to practice law on July 15, 1987.  I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.  I have known STEVEN C. SMITH since 2006, and I have been working with his firm since then.

4.  Mr. Smith is a member of Smith, Chapman & Campbell, in Santa Ana, California.

5.  I I have found Mr. Smith to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move the admission of STEVEN C. SMITH, *pro hac vice*.

7.  I respectfully submit a proposed order granting the admission of STEVEN C. SMITH, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit STEVEN C. SMITH, *pro hac vice*, to represent the defendants in the above captioned matter, be granted.

Dated: Purchase, New York
      February 8, 2008

                        /s/
                      Bryon L. Friedman (BF 5752)

# THE STATE BAR
# OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639                    TELEPHONE: 888-800-3400

February 25, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, STEVEN
CRAIG SMITH, #116246 was admitted to the practice of law in this state by
the Supreme Court of California on December 3, 1984; and has been since
that date, and is at date hereof, an ACTIVE member of the State Bar of
California; and that no recommendation for discipline for professional or
other misconduct has ever been made by the Board of Governors or a
Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERCK EPROVA AG,                          Plaintiff,

                                                                7   cv  5898      ( RJS )

              - against -
                                          Defendant.          ORDER FOR ADMISSION
GNOSIS S.P.A. et ano                                              PRO HAC VICE
                                                              ON WRITTEN MOTION

Upon the motion of  Bryon L. Friedman      attorney for  Defendants

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

        Applicant's Name:    STEVEN C. SMITH

        Firm Name:           Smith, Chapman & Campbell

        Address:             1800 North Broadway, Suite 200

        City/State/Zip:      Santa Ana, California  92706

        Telephone/Fax:       (714) 550-7720

        Email Address:       (714) 550-1251

is admitted to practice pro hac vice as counsel for   Defendants                      in the above

captioned case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing
discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall
immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice
fee to the Clerk of Court.

Dated:
City, State:

                                         _____
                                         United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $               SDNY RECEIPT#
SDNY Form Web 10/2006

## CERTIFICATE OF SERVICE

I, BRYON L. FRIEDMAN, an attorney duly admitted to practice law before this court, declares as follows under the penalties of perjury:

On February 8, 2008, I caused the annexed MOTION TO ADMIT STEVEN C. SMITH PRO HAC VICE, to be served by Federal Express upon:

> ALSTON & BIRD LLP
> 90 Park Avenue
> New York, NY 10016
> Attn: Robert E. Hanlon, Esq.

Dated:  Purchase, New York
       February 8, 2008

                                          /s/
                                       Bryon L. Friedman, Esq.

- 3 -