SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERCK EPROVA AG,                Plaintiff,

07 cv 5898 (RJS)

- against -

GNOSIS S.P.A. et ano            Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Bryon L. Friedman attorney for Defendants

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | STEVEN C. SMITH |
| Firm Name: | Smith, Chapman & Campbell |
| Address: | 1800 North Broadway, Suite 200 |
| City/State/Zip: | Santa Ana, California 92706 |
| Telephone/Fax: | (714) 550-7720 |
| Email Address: | (714) 550-1251 |

is admitted to practice pro hac vice as counsel for Defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: March 25, 2008
City, State: NY, NY

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY   FEE PAID $ _____   SDNY RECEIPT# _____
SDNY Form Web 10 2006