USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERCK EPROVA AG,

                Plaintiff,

-v-

GNOSIS S.P.A. and GNOSIS BIORESEARCH S.A.,

                Defendants.

No. 07 Civ. 5898 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Before the Court is Plaintiff's April 23, 2009 letter, which requests an extension of the time that the parties have been granted to consummate a settlement agreement. Plaintiff's request is granted in part. Accordingly, the Court hereby extends for an additional thirty days the period of time set forth in the Court's March 25, 2009 Order in which either party may seek to have this action restored to the Court's active calendar.

    IT IS HEREBY ORDERED that, should this matter not be resolved within the next thirty days, the parties shall submit a joint status letter and proposed case management plan by June 1, 2009. The required template for the proposed case management plan can be accessed electronically at http://www1.nysd.uscourts.gov/judge_info.php?id=99.

    IT IS FURTHER ORDERED that, in the event a settlement is not reached, the Court will conduct a conference on June 18, 2009 at 9:30 a.m. to address any additional submissions from the parties.

SO ORDERED.

Dated:    April 24, 2009
            New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE